# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0054. DAKER v. ADAMS.**

On May 9, 2023, the trial court dismissed Waseem Daker's petition for writ of mandamus seeking to compel the warden of the prison in which Daker is confined to take certain actions. The trial court found, inter alia, that Daker had not shown a clear right to relief. *Bibb County v. Monroe County*, 294 Ga. 730, 734 (2) (755 SE2d 760) (2014). On June 5, 2023, this Court received and docketed Daker's timely emergency motion, pursuant to Court of Appeals Rule 40 (b), for an extension of time in which to file an application for discretionary appeal. OCGA §§ 5-6-35 (d) (applications for discretionary appeal shall be filed with the clerk of the Court of Appeals within 30 days of the entry of the order complained of), 5-6-39 (d) (applications for an extension of time must be made before the expiration of the original filing period).

Daker's request for an extension of time to file an application for discretionary appeal is hereby GRANTED until 30 days from the date of this order. Court of Appeals Rule 16 (c) ("Only one extension of time will be granted, and the extension will not exceed the time otherwise allowed for the filing of an application.")



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/09/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.